UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WISEFAME INTERNATIONAL LTD.

                Plaintiff,                Case No. 08-14735

v.                                            Hon. Julian Abele Cook, Jr.

CHARLES ALLEN, ET AL.,

                Defendants.
_____/

ORDER TO STRIKE DOCUMENTS AND REMOVE IMAGES FROM THE DOCKET

Upon review of the documents, the court has determined that the following documents #3 (Motion by Plaintiff to Compel), #4 (Motion by Plaintiff to Compel), #5 (Motion by Defendant to Dismiss), #12 (Response by Plaintiff), #13 (Response by Defendant), and #15 (Response by Plaintiff) are stricken from the record for the following reason: **The documents were transferred from the Northern District of Georgia and the pleadings were transferred electronically by the Court but the documents should have been re-filed pursuant to Local Rule 5.1 in the Eastern District of Michigan by counsel with the proper heading.**

**THEREFORE,** the above listed documents are stricken from the record and **THE CLERK OF THE COURT IS DIRECTED TO REMOVE THE IMAGES FROM THE ECF SYSTEM: Documents #3, 4, 5, 12, 13 and 15.**

The Order of Reference filed on January 26, 2009 are hereby VACATED. **Parties are required to re-file the above listed motions pursuant to Local Rule 5.1 by April 13, 2009 and re-file the above listed responses by April 20, 2009.** Once all of the documents have been re-filed with the court, a new Order of Reference will be entered.

Dated: April 6, 2009

                                              s/Julian Abele Cook, Jr.
                                              JULIAN ABELE COOK, JR.
                                              United States District Court Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on April 6, 2009.

                                              s/ Kay Doaks
                                              Case Manager